UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Clifton Corbett, III,

DEBTOR.

_____/

CHAPTER 13
CASE NO. 23-49416-LSG
JUDGE LISA S. GRETCHKO

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

1. The Trustee objects as Debtor's Chapter 13 Plan proposes a cram down of the State of Michigan Department of Treasury, but Schedule A/B does not specify which property is secured by the State of Michigan tax lien. The Chapter 13 Plan requires Debtor to refer to Section A/B regarding cram down values.

2. The amount of the proposed funding in the Plan is not sufficient to pay all claims as proposed in the Plan (the Plan is underfunded). Therefore, the Plan does not provide for the submission of sufficient future earnings or future income for the execution of the Plan as required by 11 USC §1322(a)(1).

3. The Plan does not provide that 100% of profit-sharing funds and/or bonuses received or entitled to be received during the pendency of the case be remitted to the Trustee as additional payments under the Plan as required by 11 U.S.C. §1325(b)(1)(B) and *In re Freeman*, 86 F.3d 478 (6th Cir. 1996).

**WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of the debtor's Chapter 13 Plan unless modified to meet these objections or, in the Court's discretion, dismiss the Chapter 13 Case pursuant to 11 U.S.C. §1307(c) or provide such other relief as this Court deems appropriate.

OFFICE OF DAVID WM. RUSKIN, STANDING
CHAPTER 13 TRUSTEE

Dated: December 21, 2023

By: __/s/ Christopher P. Reilly__
DAVID Wm. RUSKIN (P26803), Trustee
Christopher P. Reilly (P54168), Staff Attorney
Michelle M. Stephenson (P51653), Staff Attorney
1100 Travelers Tower, 26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Clifton Corbett, III,

              DEBTOR.

_____/

CHAPTER 13
CASE NO. 23-49416-LSG
JUDGE LISA S. GRETCHKO

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

    I hereby certify that on December 21, 2023, I electronically filed the Trustee's Objections to Confirmation of Chapter 13 Plan with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

> JOHN A STEINBERGER & ASSOCIATES PC
> 17515 WEST NINE MILE RD #420
> SOUTHFIELD, MI  48075-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

> Clifton Corbett, III
> 563 Watson Street
> Detroit, MI 48201-0000

              _____/s/ Vanessa Wild____
              Vanessa Wild
              For the Office of David Wm. Ruskin
              Chapter 13 Standing Trustee - Detroit
              1100 Travelers Tower
              26555 Evergreen Road
              Southfield, MI 48076-4251
              (248) 352-7755